UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP,<br><br>                        Plaintiff,<br><br>     v.<br><br>NORIDIAN HEALTHCARE SOLUTIONS, LLC,<br><br>                        Defendant. | Civil Action No. 1:23-cv-00452-ABJ |

### DEFNDANT'S MOTION TO DISMISS

Defendant Noridian Healthcare Solutions, LLC ("Noridian"), respectfully moves to dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction and failure to state a claim for which relief can be granted. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss.

\* \* \*

Dated: June 15, 2023

Respectfully submitted,

*/s/ Kathryn Bucher*
Kathryn Bucher (DC Bar No. 375614)
kbucher@wiley.law
Lukman Azeez (DC Bar No. 1048579)
lazeez@wiley.law
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Attorneys for Defendant Noridian Healthcare Solutions, LLC*

**CERTFICATE OF SERVICE**

I hereby certify that on June 15, 2023, I caused the foregoing document to be filed using CM/ECF's E-Filing System, which will send notification of such filing to:

Nicholas Reddick (D.C. Bar No. 1670683)
John Tyler Knoblett (D.C. Bar No. 1672514)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
NReddick@willkie.com
JKnoblett@willkie.com

                                              */s/ Kathryn Bucher*
                                              Kathryn Bucher